**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2022, I caused the foregoing Answer to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

                                                          /s/     *Christopher D. Loizides*
                                                        Christopher D. Loizides