**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                 Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>                 Plaintiff,<br><br>v.<br><br>PAXTON SALES, INC.,<br><br>                 Defendant. | Adv. Proc. No. 22-50216 (CTG) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Scott E. Blakeley, Esq., of Blakeley LC 530 Technology Drive, Suite 100, Irvine, California 92618 to represent Paxton Sales, Inc., in this matter.

Dated: April 5, 2022         LOIZIDES, P.A.
Wilmington, Delaware       */s/ Christopher D. Loizides*
                                     Christopher D. Loizides , Esq. (DE Bar No. 3968)
                                     1225 King Street, Suite 800
                                     Wilmington, DE 19801
                                     (302) 654- 0248
                                     loizides@loizides.com

## CERTFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this

Court's Local Rules and with the Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Dated: April 5, 2022

BLAKELEY LC
*/s/ Scott E. Blakeley*_____
Scott E. Blakeley, Esq. (CA Bar No. 141418)
530 Technology Drive, Suite 100
Irvine, CA 92618
(949) 260-0611
SEB@BlakeleyLC.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: April 5th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**