## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adv. Pro. No. 22-50216-CTG |
| Paxton Sales, Inc., | : | |
| | : | |
| Defendant. | : | |

## <u>MEDIATOR'S CERTIFICATE OF COMPLETION</u>

       In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)   The following individuals exchanged mediation statements and conducted settlement discussions prior to participating in a formal mediation session, which was adjourned:

      (1) Counsel (name and party representing):
      Counsel for Plaintiff: Jeffrey P. Nolan, Esq.
      Counsel for Defendant: Scott E. Blakeley, Esq.

(b)   The following parties failed to appear and/or participate as ordered:
      (1) Parties (name and capacity):

(X)   The outcome of the settlement discussions in advance of the formal mediation session was:

      <u>X</u>      The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

The following issues remain for this court to resolve:

_____ The matter has not been resolved and should proceed to trial.

_____ OTHER:

_____

Dated: April 12, 2023

*/s/ David M. Banker*
David M. Banker
Montgomery McCracken Walker and Rhoads LLP
437 Madison Avenue
New York, NY 10022
Tel. (212) 551-7759
E-mail: dbanker@mmwr.com